FILED
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**January 23, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

_____

| | |
|---|---|
| FRANCISCO JAVIER GUZMAN, | |
| Petitioner, | |
| v. | No. 23-9522 (Petition for Review) |
| MERRICK B. GARLAND, United States Attorney General, | |
| Respondent. | |
| ------------------------------ | |
| ROCKY MOUNTAIN IMMIGRANT ADVOCACY NETWORK, | |
| Amicus Curiae. | |

_____

| | |
|---|---|
| FRANCISCO JAVIER GUZMAN, | |
| Petitioner, | |
| v. | No. 23-9542 (Petition for Review) |
| MERRICK B. GARLAND, United States Attorney General, | |
| Respondent. | |
| ------------------------------ | |
| ROCKY MOUNTAIN IMMIGRANT ADVOCACY NETWORK, | |
| Amicus Curiae. | |

_____

# ORDER

_____

Before **HARTZ**, **PHILLIPS**, and **CARSON**, Circuit Judges.
_____

On January 16, 2024, counsel for Petitioner filed a *Notice of Suggestion of Death and Motion to Stay or Cancel January 18, 2024 Oral Argument*, and the parties filed a *Stipulation of Voluntary Dismissal Pursuant to Federal Rule of Appellate Procedure 42(b)*. That same day, we vacated the oral argument scheduled for January 18, 2024.

These matters are now before the court on the parties' Rule 42(b) stipulation, which is taken under advisement pending the parties' response(s) to this order. Within 14 days of the date of this order, the parties shall address whether the dismissal of these petitions for review should include a remand with instructions for the Board of Immigration Appeals to vacate the decision(s) at issue. *See United States v. Munsingwear, Inc.*, 340 U.S. 36, 39-40 (1950) (outlining general procedure to be followed when case becomes moot during pendency of appeal); *U.S. Bancorp Mortgage Co. v. Bonner Mall P'Ship*, 513 U.S. 18, 22-23 (1994) (explaining rationale for *Munsingwear* procedure)

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk